AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## May 07, 2025

SEAN F. McAVOY, CLERK

REBECCA G.,

*Plaintiff*

v.

LELAND DUDEK,
ACTING COMMISSIONER OF SOCIAL SECURITY

*Defendant*

)
)
)
)
)

Civil Action No.   1:23-cv-03204-RHW

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  The Report and Recommendation, ECF No. 17, is adopted in its entirety.
Plaintiff's Motion for Summary Judgment, ECF No. 10, is granted.
Defendant's Motion for Summary Judgment, ECF No. 14, is denied.
The Commissioner's decision is reversed, and this matter is remanded for further administrative proceedings pursuant to
sentence four of 42 U.S.C. § 405(g).
Pursuant to the Order filed at ECF No. 18, Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge    Robert H. Whaley . _____

Date:   5/7/2025 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Ruby Mendoza
_____
*(By) Deputy Clerk*

Ruby Mendoza